PROB 12C
(6/16)

Report Date: February 10, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Allen West Frantz | Case Number: 0980 2:22CR00079-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 9, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(c) | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 28, 2022) | Prison - 60 days<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: October 22, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: August 21, 2025 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on 12/15/2022 and 1/5/2023.

On October 25, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Frantz, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.<br><br>**Supporting Evidence**: On February 9, 2023, Allen Frantz allegedly violated standard condition number 8 by associating with a convicted felon, who he was previously informed that he was prohibited from associating with.<br><br>On January 11, 2023, when this officer made contact with the offender at Sun Ray Court, where he was engaged in inpatient treatment. His treatment provider informed the undersigned that Mr. Frantz was dating a woman. Upon speaking with the offender, he subsequently admitted that the woman is a felon and currently being supervised by the U.S. |

Prob12C
**Re: Frantz, Allen West**
**February 10, 2023**
**Page 2**

|   |   |
|---|---|
|   | Probation Office.  Given his violation issues, the offender's request to associate with the woman was denied.<br><br>On February 10, 2023, the assigned probation officer received notification from Sun Ray Court that during a medical furlough on February 9, 2023, the offender's girlfriend met up with him at the doctor's office to bring him candy. |
| 8 | **Special Condition #5**:  You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>On January 5, 2023, Magistrate Judge James A. Goeke ordered that the defendant shall participate in an inpatient substance abuse program as recommended by his treatment provider and/or U.S. Probation.<br><br>**Supporting Evidence**: On February 10, 2023, Allen Frantz allegedly violated special condition number 5 by being unsuccessfully discharged from inpatient treatment.<br><br>On February 10, 2023, the assigned probation officer received notification from Sun Ray Court that during a medical furlough on February 9, 2023, the offender had his girlfriend meet him at a doctor's appointment, which was not approved.  As a result, the decision was made to unsuccessfully discharge the offender from treatment effective that date, February 10, 2023. |

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/10/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
Re: Frantz, Allen West
February 10, 2023
Page 3

THE COURT ORDERS

| | |
|---|---|
| [ ] | No Action |
| [X] | The Issuance of a Warrant |
| [ ] | The Issuance of a Summons |
| [X] | The incorporation of the violation(s) contained in this petition with the other violations pending before the Court. |
| [ ] | Defendant to appear before the Judge assigned to the case. |
| [X] | Defendant to appear before the Magistrate Judge. |

_____
Thomas O. Rice
United States District Judge

February 10, 2023
_____
Date