PROB 12C
(6/16)

Report Date: September 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Allen West Frantz                    Case Number: 0980 2:22CR00079-TOR-1

Address of Offender: ███████████████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 9, 2019

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months         Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 28, 2022) | Prison - 60 days<br>TSR - 34 months |
| Asst. U.S. Attorney: | Alison L. Gregoire         Date Supervision Commenced: October 22, 2022 |
| Defense Attorney: | David R. Partovi         Date Supervision Expires: August 21, 2025 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/15/2022, 1/5/2023, 2/10/2023 and 8/14/2023.

On October 25, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Frantz, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #5**:  You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On August 28, 2023, Allen Frantz allegedly violated special condition number 5 by failing to attend his group treatment session as scheduled.<br><br>On August 29, 2023, this officer received notification from Pioneer Human Services (PHS) that Mr. Frantz had failed to report for his group treatment session as scheduled. |

| | |
|---|---|
| 12 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On August 28, 2023, Allen Frantz allegedly violated special condition number 6 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On August 29, 2023, this officer received notification from PHS that the offender had failed to report for phase urinalysis testing on August 28, 2023, when his assigned color was identified for testing.

Later that date, on August 29, 2023, this officer contacted Mr. Frantz regarding his failure to report for treatment and phase urinalysis testing. The offender claimed he had hurt himself the day before, trying to keep a bed from falling on a television in his storage unit. The undersigned found that odd considering Mr. Frantz is reportedly unable to work, due to an injury he sustained while working for his former employer, and is thus currently collecting disability benefits through Washington State Department of Labor and Industries (L&I).

The offender was subsequently instructed to report to the U.S. Probation Office that same afternoon, on August 29, 2023, to meet with the undersigned.

| | |
|---|---|
| 13 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about August 29, 2023, Allen Frantz allegedly violated special condition number 6 by consuming methamphetamine.

On the afternoon of August 29, 2023, Mr. Frantz reported to the U.S. Probation Office as instructed. The offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. He adamantly denied any illicit drug use, even becoming tearful as he insisted he had been sober. He signed a denial of use form and the urine sample was sent to the laboratory (lab) for further testing.

On September 9, 2023, the lab report was received confirming the urine sample provided by the offender on August 29, 2023, was in fact positive for methamphetamine.

On September 12, 2023, the undersigned contacted Mr. Frantz to inform him that his urine sample was confirmed to be positive. Mr. Frantz then claimed he "didn't actually do methamphetamine," but had gone to a place where other people were "doing drugs and getting high;" while he admitted to seeking drugs, the offender insisted he had not consumed any illicit substances.

On September 18, 2023, this officer received an email from the offender's attorney, which mentioned a "recent relapse." When Mr. Frantz was contacted, he ultimately admitted his urinalysis on August 29, 2023, was in fact positive due to drug use. He was instructed to report to the U.S. Probation Office to sign an admission of use form.

On September 18, 2023, Mr. Frantz reported to the U.S. Probation Office as instructed. He signed an admission of use form admitting to the use of methamphetamine on or about August 29, 2023, but he claimed that he could not remember the exact date.

14     **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On September 6, 2023, Allen Frantz allegedly violated special condition number 5 by failing to attend his individual treatment session as scheduled.

On September 6, 2023, this officer received notification from PHS that Mr. Frantz had failed to report for his individual treatment session as scheduled.

15     **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 17, 2023, Allen Frantz allegedly violated special condition number 6 by consuming methamphetamine.

On September 18, 2023, the offender was subject to random urinalysis testing. Before collecting a urine sample, the assigned probation officer asked Mr. Frantz if he would be positive for any illicit substances, and he stated he would not.

He was then subject to urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. The offender admitted to the use of methamphetamine on or about September 17, 2023. He signed an admission of use form confirming his use.

16     **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On September 18, 2023, Allen Frantz allegedly violated special condition number 5 by failing to attend his group treatment session as scheduled.

On September 19, 2023, this officer received notification from PHS that Mr. Frantz had failed to report for his group treatment session as scheduled.

The undersigned attempted to contact the offender later that date, on September 19, 2023, to inquire about why he failed to attend treatment, but he did not answer or respond. As of the writing of this report, this officer has been unable to contact Mr. Frantz.

Prob12C
Re: Frantz, Allen West
September 20, 2023
Page 4

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/20/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

- [ ]  No Action
- [X]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [X]  Other: *The Supervised Release Revocation hearing scheduled for 10/18/2023 remains set.*

Thomas O. Rice
United States District Judge

September 20, 2023
Date