PROB 12C
(6/16)

Report Date: May 8, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Allen West Frantz | Case Number: 0980 2:22CR00079-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 9, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(c) | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 28, 2022) | Prison - 60 days<br>TSR - 34 months | |
| Revocation Sentence:<br>(October 18, 2023) | Prison - 8 months<br>TSR - 26 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: April 12, 2024 |
| Defense Attorney: | David Partovi | Date Supervision Expires: June 11, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On April 19, 2024, the offender's conditions of supervision were reviewed by a probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting a controlled substance, spice, on or about May 7, 2024.<br><br>On May 7, 2024, the probation officer was contacted by residential reentry center (RRC) staff advising that the offender appeared to be under the influence of an unknown substance and had been instructed to submit to urinalysis testing. The offender later admitted to staff that he introduced and used spice in the RRC facility. As of this writing, the urinalysis test remains pending. |

Prob12C
**Re: Frantz, Allen West**
May 8, 2024
Page 2

2    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by possessing a controlled substance, spice, on or about May 7, 2024.

As noted in violation number 1, the offender admitted to being in possession of spice at the RRC facility on or about May 7, 2024.

3    **Special Condition # 8**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: The offender is alleged to have violated special condition number 8, by failing to follow the rules of the RRC facility. Further, his placement at the RRC was terminated on or about May 8, 2024.

On May 8, 2024, the probation officer received email correspondence from the RRC indicating the offender's placement at the facility was terminated based on his failure to comply with the RRC rules. As previously noted, the offender admitted to introducing and using spice in the RRC facility.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 8, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

May 9, 2024
Date