PROB 12C
(6/16)

Report Date: August 11, 2025

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2025

SEAN F. MCAVOY, CLERK
ECF No. 137

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Allen West Frantz | Case Number: 0980 2:22CR00079-TOR-1 |
| Address of Offender: ███████████████, Spokane, Washington 99260 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, United States District Judge

Date of Original Sentence: July 9, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(c) | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 28, 2022) | Prison - 60 days<br>TSR - 34 months | |
| Revocation Sentence:<br>(October 18, 2023) | Prison - 8 months<br>TSR- 26 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: April 12, 2024 |
| Defense Attorney: | David R. Partovi | Date Supervision Expires: June 11, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on April 21, 2025.

On April 19, 2024, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have committed the offense of Harassment Threats to Kill, in violation of R.C.W. 9A.46.020(2)(B)(II), on or about May 14, 2025.<br><br>According to Spokane County Sheriff incident report number 2025-10064795, on May 14, 2025, law enforcement was dispatched to a residence in Spokane, Washington, in response to a domestic violence call. The complainant advised her ex-boyfriend, Mr. Frantz, had threatened her and shot a firearm outside her residence. |

When officers responded, the offender had already left the scene. The victim was interviewed and indicated that she and Mr. Frantz had broke up approximately 1 week prior. She reported that he came to her residence and began calling and texting her repeatedly. In an effort to get him to leave, she told him that she was at her sister's house. Mr. Frantz allegedly traveled to her sister's house and returned to the victim's residence once he learned she was not there. He continued to call and text her while driving up and down her street stating he was going to "fuck her off." The victim advised that she took this statement to mean that he was going to harm her. She also believed he would carry out his threats because he repeatedly stated he had nothing to lose because he was going to prison anyway. While the victim and her roommate were hiding in the bathroom, Mr. Frantz informed the victim he had something for her. Shortly thereafter, they heard a loud bang from outside that they believed to be a gunshot.

The victim's roommate indicated she heard Mr. Frantz on speaker phone stating he was going to kill the victim. Mr. Frantz continued to call and angrily text the victim when she wasn't answering while law enforcement was at the residence.

Mr. Frantz was later arrested on May 21, 2025, at which time he was taken into custody and charged with harassment threats to kill, Spokane Superior Court case number 2511017432. A criminal trial is currently scheduled for August 11, 2025.

9  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Attempting to Elude Police Vehicle, in violation of R.C.W. 46.61.024, on or about May 17, 2025.

According to Airway Heights Police incident report number 2025-84007804, on May 17, 2025, an officer with the Airway Heights Police Department received a FLOCK hit on the offender's vehicle in Airway Heights, Washington. The officer drove near the location where the hit was received and observed the offender's vehicle parked on the side of the street. The officer proceeded to pull behind the vehicle, turned on his spotlight and his emergency lights were activated. The driver began to reverse toward the police vehicle, at which time the officer was able to positively identify Mr. Frantz.

The offender rapidly accelerated his vehicle and in response, the officer activated his siren and pursued him. Mr. Frantz failed to slow his speed, nor did he attempt to pull over. During the pursuit, the offender disregarded multiple stop signs and at one point was traveling over 100 m.p.h. He also nearly struck another officer's patrol vehicle that had emergency lights activated at the time. Officers continued to pursue Mr. Frantz until they lost sight of his taillights and he approached Interstate 90, at which time the pursuit was discontinued.

Mr. Frantz was later arrested on May 21, 2025, at which time he was taken into custody and charged with attempting to elude a police vehicle, Spokane Superior Court case number 2511017432. A criminal trial is currently scheduled for August 11, 2025.

10  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Attempting to Elude a Police Officer, in violation of R.C.W. 46.61.024, on or about May 21, 2025.

Prob12C
Re: Frantz, Allen West
August 11, 2025
Page 3

According to Spokane Police Department incident report number 2025-20099905, on May 21, 2025, a patrol officer observed the offender's car in the parking lot of a convenience store. Upon a query on the registration, it was discovered that Mr. Frantz had outstanding warrants.

The officer observed that the vehicle had two occupants, but due to the lighting, it was difficult to make positive identification of the individuals. At one point, one of the individuals was observed sitting up in his seat and looking back toward the officer. The officer backed up behind the vehicle in preparation to make contact with the occupants. As he did so, the offender's vehicle abruptly accelerated in reverse and struck the police vehicle. The offender's vehicle then proceeded to accelerate forward over the curbing in front of the business narrowly missing a parked occupied vehicle.

The officer activated the lights and siren on his patrol vehicle and began pursuing Mr. Frantz' vehicle. The offender's vehicle accelerated at a rapid pace and began using both southbound lanes of travel to elude law enforcement. Due to his reckless driving, the pursuit was disengaged.

When the officer returned to the scene to get statements from witnesses, he also viewed surveillance video of the suspect. Based on prior jail bookings photos of the offender, the officer believed Mr. Frantz to be the driver of the vehicle.

Mr. Frantz was later arrested on May 21, 2025, at which time he was taken into custody and charged with attempting to elude a police vehicle, Spokane Superior Court case number 2511017632.

11   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Assault Second Degree, in violation of R.C.W. 9A36.021, on or about May 21, 2025.

As noted in violation number 10, the offender attempted to elude a police officer, as noted in Spokane Police Department incident report number 2025-20099905. While attempting to flee, he struck the officer's vehicle. According to the incident report, the offender looked back to the marked patrol vehicle before intentionally accelerating his vehicle into it despite having an open path of travel.

Based on the above information, the officer believed there was probable cause to charge Mr. Frantz with assault second degree. As of this writing, no charges have been filed for this conduct.

12   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Resisting Arrest, in violation of R.C.W. 9A.76.040, on or about May 21, 2025.

According to Spokane Police Department incident report number 2025-20100346, on May 21, 2025, multiple police agencies were involved in trying to locate Mr. Frantz due to his outstanding warrants.

Prob12C
**Re: Frantz, Allen West**
**August 11, 2025**
**Page 4**

        Officers located the offender in a park; however, they chose not to arrest him due to his close proximity to innocent bystanders. They began conducting surveillance on Mr. Frantz and observed him getting into his vehicle with a female. They followed him to a large apartment complex in Spokane, Washington, and observed the offender and female occupant leave the vehicle and walk away on foot. Shortly thereafter, SWAT units moved in to arrest the offender. Mr. Frantz responded by fleeing on foot from the complex toward a wooded area and then proceeded down a large hill toward the Spokane River. Mr. Frantz ignored repeated commands to stop when instructed to do so by the responding officers. At one point, Mr. Frantz tumbled down the side of a hill, stopped and looked back toward several officers in pursuit, and then he continued to run. It should be noted, all officers were dressed in gear that clearly identified them as law enforcement. Officers were able to close distance on him and Mr. Frantz eventually got on the ground and was taken into custody.

        The offender was taken into custody and charged with resisting arrest, Spokane Municipal Court case number 5A0128271. A trial is currently scheduled for September 18, 2025.

13      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

        **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Obstructing a Law Enforcement Officer, in violation of R.C.W. 9A.76.020, on or about May 21, 2025.

        On May 21, 2025, the offender was taken into custody and charged with obstructing a law enforcement officer, Spokane Municipal Court case number 5A0128271. A trial is currently scheduled for September 18, 2025.

        The offense conduct for this violation is detailed in violation number 12.

14      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

        **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Driving While License Suspended Third Degree, in violation of R.C.W. 46.20.342.1C, on or about May 21, 2025.

        As previously noted, on May 21, 2025, the offender was arrested and charged with several new law violations. He was also charged with driving while license suspended third degree, Spokane Municipal Court case number 5A0128271. A trial is currently scheduled for September 18, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | August 11, 2025 |
| | s/Lori Cross |
| | Lori Cross<br>U.S. Probation Officer |

Prob12C
**Re: Frantz, Allen West**
**August 11, 2025**
**Page 5**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_/s/ Thomas O. Rice_
Signature of Judicial Officer

August 11, 2025
Date